```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CHOSEN FIGURE LLC,

           Plaintiffs,

- against -

WARDROBE NYC LLC,

           Defendants.

25-cv-551 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to file a proposed order to show cause for a default judgment in accordance with this Court's Rules and Individual Practices by **April 16, 2025**.

SO ORDERED.

Dated:    New York, New York
           April 2, 2025

                                          John G. Koeltl
                                 United States District Judge